# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS, KANSAS CITY

| | |
|---|---|
| HARLEY-DAVIDSON CREDIT CORP.<br><br>    Plaintiff,<br><br>v.<br><br>HOWARD S. FLINT, JR., MARY JO FLINT, CYPRUS MEDITERRANEAN AMALGAMATED, LLC, and HOWARD S. FLINT, SR.,<br><br>    Defendants. | Case No. 2:13-cv-02026-KHV-DJW |

## OPPOSITION OF PLAINTIFF HARLEY-DAVIDSON CREDIT CORP. TO DEFENDANT HOWARD S. FLINT, JR.'S MOTION TO STAY ARBITRATION PROCEEDINGS

    Plaintiff Harley-Davidson Credit Corp. ("HDCC"), by and through its undersigned counsel, hereby states in opposition to Defendant Howard S. Flint, Jr.'s ("Flint Junior") Motion to Stay Arbitration Proceedings as follows:

    1.    There is no basis to stay the arbitration proceedings Flint Junior refers to in his motion. These are proceedings that Flint Junior is already seeking to compel and which Flint Junior himself initiated. *See ECF Docket #31* and Exhibit "A," attached hereto. Moreover, Flint Junior has now voluntarily dismissed the aforementioned arbitration, with the only remaining issue that of Flint Junior's liability for attorneys' fees incurred by HDCC in the arbitration. *See* Exhibits "B" and "C," attached hereto.

    2.    Flint Junior is estopped from seeking to stay arbitration proceedings that he himself initiated and sought to compel, and has now in fact dismissed.

3. As the only issue remaining in the aforementioned arbitration is Flint Junior's potential liability for HDCC's fees incurred therein due to Flint Junior's frivolous and abusive conduct in the arbitration, *see* Exhibit "D," attached hereto, Flint Junior's intent with this motion is readily apparent; quite clearly, he is seeking to enlist the Court's assistance to prevent the arbitrator from issuing sanctions against Flint Junior in the now otherwise dismissed arbitration proceedings for his frivolous conduct therein.

4. Flint Junior's motion is only rendered even further without merit in light of the fact that it purports to request a determination as to which parties are covered by the arbitration agreement Flint Junior references, yet provides no explanation as to which entities he believes are covered by the arbitration agreement, nor any explanation as to why he believes them covered by the arbitration agreement.  HDCC cannot properly respond to a motion that seeks the Court's determination as to which entities are parties to an arbitration agreement without knowing which entities, exactly, the movant believes to be parties to said arbitration agreement, nor why the movant hypothesizes the unnamed entities to be parties to the arbitration agreement.

Dated: January 15, 2014

/s/ Mark W. Thompson
Mark W. Thompson
Wong Fleming
821 Alexander Road, Suite 200
Princeton, NJ 08540
Tel. - 609-951-9520
Fax – 609-951-0270
mthompson@wongfleming.com

Dated: January 15, 2014

/s/ Troy Larson
Troy Larson KS#24169
Fields & Brown, LLC
1100 Main Street, Suite 1600
Kansas City, MO 64105
Phone: (816) 474-1700
Fax: (816) 421-6239

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS, KANSAS CITY

| | |
|---|---|
| HARLEY-DAVIDSON CREDIT CORP.<br><br>    Plaintiff,<br><br>v.<br><br>HOWARD S. FLINT, JR., MARY JO FLINT, CYPRUS MEDITERRANEAN AMALGAMATED, LLC, and HOWARD S. FLINT, SR.,<br><br>    Defendants. | Case No. 2:13-cv-02026-KHV-DJW |

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4.9(c), I hereby certify that, on the date appearing below, I caused the following papers to be served upon all counsel of record via Notice of Electronic Filing generated by this Court's ECF: Harley-Davidson Credit Corp.'s Opposition of Plaintiff Harley-Davidson Credit Corp. to Defendant Howard S. Flint, Jr.'s Motion to Stay Arbitration Proceedings and this Certificate of Service.

Dated: January 15, 2014

/s/ Mark W. Thompson
Mark W. Thompson
Wong Fleming
821 Alexander Road, Suite 200
Princeton, NJ 08540
Tel. - 609-951-9520
Fax – 609-951-0270
mthompson@wongfleming.com

Dated: January 15, 2014

/s/ Troy Larson
Troy Larson KS#24169
Fields & Brown, LLC
1100 Main Street, Suite 1600
Kansas City, MO 64105
Phone: (816) 474-1700
Fax: (816) 421-6239