# EXHIBIT B

THE AMERICAN ARBITRATION ASSOCIATION
Office of the Case Administrator, Denver, CO and
Arbitration Tribunal

| | |
|---|---|
| HOWARD STANLEY FLINT, JR. and CYPRUS MEDITERRANEAN AMALGAMATED, LLC<br><br>Claimants,<br><br>v.<br><br>HARLEY-DAVIDSON CREDIT CORP,<br>EAGLESMARK SAVINGS BANK,<br>HARLEY-DAVIDSON FINANCIAL SERVICES, INC.,<br>HARLEY-DAVIDSON, INC.,<br>DORR AVIATION CREDIT CORP, LLC,<br>DORR AVIATION, INC.,<br>DANIEL C. FLEMING,<br>WONG FLEMING, P.C.,<br>HARLEY-DAVIDSON CUSTOMER FUNDING, INC.,<br>HARLEY-DAVIDSON LEASING, INC.<br>HARLEY-DAVIDSON WAREHOUSE FUNDING, CORP.,<br>HARLEY-DAVIDSON SERVICES INTERNATIONAL CORP., and<br>HARLEY-DAVIDSON HOLDING COMPANY, INC., jointly and severally<br><br>Respondents. | American Arbitration Association<br>Case No.:  57 148 00083 13<br><br>PER THE ARBITRATION TRIBUNAL SECOND INTERIM ORDER DATED NOVEMBER 13, 2013, SUBMISSIONS PER SECTION 8 A. (I), (II), & (III).<br><br>CLAIMANTS' MOTION FOR SUMMARILY GRANTING OF CLAIMANTS' "MOTION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PARTICULARLY IDENTIFIED RESPONDENTS FROM CASE NO.:  57 148 00083 13" |

December 16, 2013

Mr. Lynn Pringle,
Arbitrator, Arbitration Tribunal

These documents have been simultaneously submitted to Ms. Kate Stillman, AAA Case Administrator, Mr. Lance Tanaka, AAA Regional Vice President, and to Mr. Mark Thompson of Wong Fleming, P.C.

Per AAA Rule R-18(a) and Initial Scheduling Order ("ISO") Section 11(b) these documents have not been submitted to the arbitrator ex parte.  These documents should be promptly transmitted, in their entirety, to the arbitrator by the AAA.

In order to eliminate any sources of confusion, the author of this document, Claimant Mr. Howard Stanley Flint, Jr., (aka "H. Stanley Flint, Jr.", aka "Stan Flint", aka "Stan") will generally refer to himself in the third person as "Claimant" or "Mr. Flint".

Page **1** of 3

1. The Claimants hereby make Motion to the Arbitration Tribunal, Arbitrator Lynn Pringle, of the Claimants' Voluntarily Dismissal without prejudice of the following listed Respondents and the voluntary withdrawal of claimant Howard S. Flint, Jr. from Case No.:  57 148 00083 13 currently being administered by the American Arbitration Association:

**HARLEY-DAVIDSON CREDIT CORP,**
**EAGLEMARK SAVINGS BANK,**
**HARLEY-DAVIDSON FINANCIAL SERVICES, INC.,**
**HARLEY-DAVIDSON, INC.,**
**DANIEL C. FLEMING,**
**HOWARD S. FLINT, JR.**
**WONG FLEMING, P.C.,**
**HARLEY-DAVIDSON CUSTOMER FUNDING, INC.,**
**HARLEY-DAVIDSON LEASING, INC.**
**HARLEY-DAVIDSON WAREHOUSE FUNDING, CORP.,**
**HARLEY-DAVIDSON SERVICES INTERNATIONAL CORP.,**
**HARLEY-DAVIDSON HOLDING COMPANY, INC.**

2.  The Claimants submit this Motion for the summarily granting of the Motion for Voluntary Dismissal without prejudice of the aforementioned Respondents on all actions and complaints regarding Case No.: 57 148 00083 13 in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.   See Exhibit A regarding Respondents' agreement with this Voluntary Motion of Dismissal without prejudice.  The Remaining Respondents are Dorr Aviation Credit Corp, LLC and Dorr Aviation, Inc., the alleged loan broker(s)/loan originator(s).

3.The Claimant pleas the Tribunal grant a short extension of time to submit "written explanations and clarifications" as required by Section 8.A.(i),(ii) & (iii) of the Second Interim Order.  This extension is requested until Monday, December 23, 2013, end of business hours CST.  The Claimant asks the Tribunal for this extension, as the Claimant believes it has operated in good faith.  Should such an extension not be agreeable to the Arbitrator, the Claimant pleas a one day extension to submit said clarifications and explanations.

**WHEREFORE, THE CLAIMANTS' PLEA THAT THE "MOTION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PER FRCP 41(a)(1)(A)(i) OF PARTICULARLY IDENTIFIED RESPONDENTS" AND VOLUNTARY WITHDRAWAL OF CLAIMANT HOWARD STANLEY FLINT, JR. FROM AAA CASE NO.: 57 148 00083 13 BE SUMMARILY RECOGNIZED BY THE ARBITRATION TRIBUNAL, LYNN PRINGLE, ARBITRATOR.**

Respectfully submitted by:                                                           Dated:   December 16, 2013
Howard Stanley Flint, Jr.  ("Stan")
480 E. Cedar St.
Olathe, Kansas  66061
Telephone: (913) 777-8184
Facsimile: (913) 780-5544
n414lb@gmail.com



H. Stanley Flint, Jr.
Attorney pro se as an individual and as Representative Custodian of Cyprus Mediterranean Amalgamated, LLC

Claimant "Howard Stanley Flint, Jr.", an individual consumer and Claimant "Cyprus Mediterranean Amalgamated, LLC" , a lawfully created, statutory, individual consumer being lawfully represented by its Custodian, Howard Stanley Flint, Jr.  hereby restate each and every previously stated comment , statement for resolution of matters, and statement for clarification of issues as if stated here verbatim contained within this document.

The Claimants hereby assert that in no manner should any statements, broadly defined, issued and/or authored by the Claimants in these documents be construed as an allegation of additional claims, additional affirmative defenses, additional third party claims, additional cross claims, or additional counterclaims as defined within the American Arbitration Association's "Commercial Arbitration Rules & Mediation Procedures" and "Consumer Related Disputes, Supplementary Procedures", and, any and all promulgations of  pertinent Federal and State Codifications and case precedent.  Per Section "11(b) of the Initial Scheduling Order issued by the Arbitration Tribunal, "The arbitrator remains available to the parties to assist with the *resolution of any matters* that are not addressed" regarding American Arbitration Association Case No.:  Case No.:  57 148 00083 13.

# **EXHIBIT A**

**Mark Thompson**                                                                                                                 10:13 AM (8 hours ago)

to Stan, Daniel, April

Mr. Flint: As I indicated in my email yesterday, we are willing to consent to the proposed dismissal being without prejudice, but cannot accept any other conditions for the dismissal.

Mark Thompson  |  Associate  |  Wong Fleming, P.C.

821 Alexander Road, Suite 200  |  Princeton, NJ 08540
Phone: 609.951.9520  |  Fax: 609.951.0270

www.wongfleming.com